Form odsmfail

# UNITED STATES BANKRUPTCY COURT

Middle District of Tennessee – LIVE

Case No.: 3:04−bk−10450−GCP
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
  BRIAN MICHAEL HASLETT
  1405 SHANNON PLACE
  OLD HICKORY, TN 37138

Social Security No.:
  xxx−xx−9636

Employer's Tax I.D. No.:

## ORDER DISMISSING CASE FOR FAILURE
## TO APPEAR AT MEETING OF CREDITORS WITH NOTICE

  The referenced debtor(s) failed to appear at the scheduled meeting of creditors. Pursuant to Local Rule (LBR) 2003.1, the Trustee or United States Trustee has filed a Notice of Nonappearance and Motion to Dismiss the case.

  **IT IS ORDERED** that this case is **DISMISSED.** Any objections to this dismissal must be in writing and filed with the Clerk within ten (10) days from the date noted below. The party filing the objection must comply with LBR 9013−1. If no objections to this dismissal are filed, the case of the referenced debtor(s) is **DISMISSED** without further order.

Entered on the docket: 10/26/04

/s George C. Paine II
UNITED STATES BANKRUPTCY JUDGE